UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------

VISTAJET US INC.,

                     Plaintiff,                      20 Civ. 5532 (PAE)

      -v-
                                                    ORDER TO
CHARLES J. FREELS,                           SHOW CAUSE

                    Defendant.

------

PAUL A. ENGELMAYER, District Judge:

      On July 17, 2020, plaintiff filed the complaint in this case. Dkt. 1. On October 14, 2020, plaintiff served defendant with process, making defendant's deadline to answer or otherwise respond November 4, 2021. Dkt. 8. On December 2, 2020, after defendant failed to do so, plaintiff obtained a Clerk's certificate of default. Dkt. 12.

      Defendant has not responded to the complaint or otherwise appeared in this action. Although plaintiff obtained a Clerk's certificate of default, plaintiff has not filed a motion for default judgment against defendant, and no progress has otherwise been made in this case. Accordingly, it is hereby ORDERED that plaintiff shall show cause by **April 12, 2021,** why the above-captioned action should not be dismissed for failure to prosecute, pursuant to Rule 41 of the Federal Rules of Civil Procedure. Plaintiff may show cause by properly submitting a motion for default judgment, pursuant to the Court's Individual Rules. Failure to submit a timely and proper motion for default judgment will result in dismissal of this case under Rule 41.

      SO ORDERED.

                                                                    *Paul A. Engelmayer*
                                                           Paul A. Engelmayer
                                                           United States District Judge

Dated: April 1, 2021
      New York, New York